without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

HAROLD DE BREST, Respondent, v. HARRY K. FRUHAUF and Others, Copartners, etc., Appellants.— Order modified so as to provide that the defendant be examined as to the allegations of the complaint denied by the answer, and as modified affirmed, without costs; date for the examination to proceed to be fixed in order. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

CHARLES E. HORN and Another, Respondents, v. JACOB WELLS, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted on terms stated in order. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

SIEGFRIED SALOMON and Others, Respondents, v. BENJAMIN LOWENSTEIN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

SEVERINA SAMARELLI, Appellant, v. GAETANO SAMARELLI, Respondent.— Order affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

UNITED STATES GRAND LODGE, ORDER BRITH ABRAHAM, Respondent, v. SAMUEL KRASNOV and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements; time for examination to proceed to be fixed in order. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

In the Matter of the Judicial Settlement of the Account of CONRAD HENRICH, as Committee, etc., of FREDERICKA C. HAAG, an Incompetent Person, Appellant. EDWARD A. ACKER, as Executor, etc., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion to vacate granted, with ten dollars costs. (See *Matter of Henrich, ante*, p. 883, decided by this court March 1, 1918.) Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

In the Matter of the Judicial Settlement of the Account of CONRAD HENRICH, as Committee, etc., of FREDERICKA C. HAAG, an Incompetent Person, Appellant. EDWARD A. ACKER, as Executor, etc., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. (See *Matter of Henrich, ante*, p. 883.) Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

MARGARET LANE, as Administratrix, etc., Appellant, v. GEORGE F. BAKER, JR., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

In the Matter of the Application of MICHAEL LEBEDEF, Respondent, for an Order to Examine DONALD C. THOMPSON, a Proposed Defendant, etc., Appellant,— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

MAX RUBIN, Respondent, v. SAMUEL G. SIEGEL and Another, Appel-